## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRINCESS CAT-EL,

      Plaintiff,

      v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS *d/b/a* LABCORP,

      Defendant.

Case No. 24-cv-02852 (JMC)

### MEMORANDUM OPINION

On October 21, 2024, the Court gave Plaintiff Princess Cat-El, appearing pro se, until November 21, 2024, to respond to Defendant Laboratory Corporation of America Holdings d/b/a LABCORP's motion to dismiss or risk dismissal of her case. *See* ECF 6. To date, however, Cat-El has neither complied with the Court's October 21 order nor requested additional time to comply. Indeed, the Court has had no word from Cat-El since her case was removed to this Court on October 7, 2024. *See* ECF 1. District courts "have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order." *Angellino v. Royal Family Al-Saud*, 688 F.3d 771, 775 (D.C. Cir. 2012) (quoting *Peterson v. Archstone Cmties. LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011) (citing LCvR 83.23)). Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice. A separate order accompanies this memorandum opinion.

_____
JIA M. COBB
United States District Judge

Date: December 9, 2024

1